BO66

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FEB 14 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:23-cr-26 |
| v. | ) | |
| | ) | (21 U.S.C. §§ 846, 841(a)(1), |
| | ) | 841(b)(1)(A)(vi), 841(b)(1)(B)(vi), |
| | ) | 841(b)(1)(B)(viii)) |
| JACOB BLAIR | ) | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about February 24, 2022, in the Western District of Pennsylvania, the defendant, JACOB BLAIR, did knowingly, intentionally, and unlawfully attempt to possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of p-fluorofentanyl, a Schedule I controlled substance and an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The grand jury further charges:

On or about February 24, 2022, in the Western District of Pennsylvania, the defendant, JACOB BLAIR, did knowingly, intentionally and unlawfully possess with intent to distribute:

- 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2- phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance; and

- 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

which were seized from a residence located at 1044 Whispering Woods Drive, Coraopolis, Pennsylvania 15108.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(B)(viii).

## COUNT THREE

The grand jury further charges:

On or about February 24, 2022, in the Western District of Pennsylvania, the defendant, JACOB BLAIR, did knowingly, intentionally and unlawfully possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2- phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, which was seized from a storage unit located at 23 Furnace Street Extension, McKees Rocks, PA 15136.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

## FORFEITURE ALLEGATIONS

The United States hereby gives notice to the defendant charged in Counts One, Two, and Three that, upon his conviction of such offenses, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), which require any person convicted of such offenses to forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, from the commission of such offenses, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such offenses, including, but not limited to, the following:

a) one Norinco, model MAK-90 Sporter, Kalashnikov-pattern semiautomatic rifle (SN: 9447613);

b) thirty (30) rounds of JSC Barnaul, 7.62x39mm ammunition;

c) one Glock, model 19, semiautomatic pistol (SN: BRNU707);

d) fifteen (15) rounds of 9mm Luger ammunition;

e) one Glock, model 43X MOS, semiautomatic pistol (SN: BSZL222);

f) ten (10) rounds of Sig 9mm Luger ammunition;

g) one Ruger, model Ruger-57, semiautomatic pistol (SN: 64183236);

h) ten (10) rounds of Fabrique National Belgium (FNB) ammunition;

i) one Sig Sauer, model P320, semiautomatic pistol (SN: 57J132247);

j) six (6) rounds of .45 ACP ammunition;

k) one Glock, model 32 Gen 4, semiautomatic pistol (SN: BRHA258);

l) eleven (11) rounds of Speer .357 SIG ammunition;

4

m) one Smith and Wesson, model M&P 15-22P, semiautomatic pistol (SN: WAK0663);

n) twenty-five (25) rounds of Remington ammunition;

o) thirty-eight (38) rounds of 9mm Luger ammunition;

p) ninety-seven (97) rounds of 5.56x45mm/.223 Remington ammunition; and

q) nine hundred and ninety-five (995) rounds of 9mm Luger ammunition.

A True Bill,

FOREPERSON

CINDY K. CHUNG
United States Attorney
PA ID No. 317227

DEMARR W. MOULTON
Assistant United States Attorney
NY ID No. 5724869

5